UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-20557-CR-MOORE

UNITED STATES OF AMERICA

vs.

LAVONT FLANDERS, JR.
and
EMERSON CALLUM,

       Defendants.
_____/

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

The United States, by and through the undersigned Assistant United States Attorney, moves this Court for a protective order forbidding the Defendants and their counsel from providing or disclosing any images of the victims and any victim information to anyone other than personnel working for the defense in this case, the Court and its personnel, and the federal prosecutors in this case and their personnel.  Victim information specifically refers to victims' names, phone numbers, email addresses, mailing addresses, birth certificates, social security numbers, dates of birth, driver's license numbers, identification cards and their contents, and any medical information pertaining to the victims.  Images of victims include any still photos or recordings depicting the victims in any format.  This motion and the attached Order do not apply to any information that was disclosed prior to the date of the Court's Order.

1

Title 18, United States Code § 3771(a)(8) states that a crime victim has the right be treated with fairness and with respect for the victim's dignity and privacy.  These rights are so sacrosanct that the statute goes on to say "the court *shall* ensure that the crime victim is afforded the rights described in subsection (a)" (emphasis  added).  Accordingly, the United States finds it necessary to seek a protective order in this case.

The United States has conferred with defense counsel for both defendants and they have no opposition to the government's request for a protective order.

Therefore, the United States respectfully moves this Court for a protective order prohibiting Defendants Flanders and Callum and their representatives from sharing or providing any victim information or images with the public or anyone other than those specifically listed above.  Such an order is necessary to guarantee the victims' statutory right to privacy and to be treated with dignity.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    /s/ Barbara A. Martinez
Barbara A. Martinez
Assistant United States Attorney
Court ID No. A5500536
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9146
FAX (305) 536-4676
Barbara.Martinez2@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on September 15, 2011, I electronically filed the foregoing

Government's Motion for a Protective Order with the Clerk of the Court using CM/ECF.

/s/ Barbara A. Martinez
Barbara A. Martinez
Assistant United States Attorney