UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. CASE NO. 11-CR-20557-KMM

UNITED STATES,                      )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
EMERSON CALLUM,                     )
                                    )
        Defendant.                  )
_____    )

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Emerson Callum, moves this Court for the entry of an order substituting the law firm of Derek Lewis, P.A., as sole counsel of record for the Defendant in this action for purposes of trial only, and relieving attorney, Ann Lyons, Esq., and the Office of the Federal Public Defender, Southern District of Florida, of any further responsibility herein.  A proposed order granting the substitution is attached hereto.  The undersigned has conferred with current defense counsel who agrees to the instant Motion.

The undersigned counsel hereby certifies that he is aware that trial is set in this matter for November 29, 2011, and has discussed this matter with the above-named Defendant.  The undersigned further states that he will not, as a result of this substitution, move this Court for a continuance of the trial date.  Counsel further avers that, should this Substitution of Counsel be granted, such substitution does not constitute grounds for a continuance of the aforementioned trial date.

1

Respectfully Submitted By,

DEREK LEWIS, P.A.
P.O. BOX 612973
NORTH MIAMI, FLORIDA 33261
Tel:    954-696-6195
Fax:    1-305-851-8227


"s/" Derek Lewis
Derek V. Lewis/0187755
Attorney E-mail address:
dvlesq@dereklewislaw.net


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2011, the undersigned filed the foregoing

Motion for Substitution of Counsel with the Clerk of Court by using the CM/ECF system.  A

copy has been sent via U.S. mail to: Roy Altman, Esq., of the Office of the United States

Attorney, 99 N.E. 4th St. Miami, FL 33132; and Ann Lyons, Esq., of the Office of the Fed. Public

Defender, Southern District of Florida 150 W. Flagler St., Suite 1700, Miami, FL 33130-1556.


"s/" Derek Lewis

2