UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO. 11-CR-20557-KMM

UNITED STATES,        )
                       )
      Plaintiff,      )
                       )
v.                   )
                       )
EMERSON CALLUM,    )
                       )
      Defendant.    )
_____)

**<u>DEFENDANT, EMERSON CALLUM'S,</u>**
**<u>MOTION TO JOIN AND ADOPT CO-DEFENDANT'S</u>**
**<u>RESPONSE IN OPPOSITION AND MOTION IN LIMINE</u>**

COMES NOW, Defendant, Emerson Callum, by and through his undersigned counsel, who hereby moves this Court for an Order permitting him to adopt and join Co-Defendant's Response in Opposition [D.E.106] and Motion in Limine [D.E. 107] and in support thereof states:

1. The Government has filed a Motion in Limine to Preclude Reference to Victims' Sexual Behavior and Alleged Sexual Predisposition Pursuant to Federal Rule of Evidence 412 [D.E. 61].

2. Defendant Flanders, has filed a Response in Opposition [D.E.106] and a concurrent Motion in Limine [D.E. 107].

3. Defendant Emerson is moving herein to join Defendant Flanders' Response in Opposition [D.E.106] and his Motion in Limine [D.E. 107].

1

4. The undersigned has conferred with counsel for the Government who does not oppose Defendant's instant request to adopt and join [D.E.106] and [D.E. 107].  Counsel for the Government does not agree to the relief requested therein.

5. A proposed Order is attached hereto.

WHEREFORE, Defendant, Emerson Callum, respectfully requests this Court to grant his Motion to Join and Adopt Co-Defendant's Response in Opposition [D.E.106] and Motion in Limine [D.E. 107].

Respectfully Submitted By,

DEREK LEWIS, P.A.
P.O. BOX 612973
NORTH MIAMI, FLORIDA 33261
Tel:     954-696-6195
Fax:     1-305-851-8227


"s/" Derek Lewis
Derek V. Lewis/0187755
Attorney E-mail address:
dvlesq@yahoo.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2011, the undersigned filed the foregoing adopt and join Co-Defendant's Response in Opposition [D.E.106] and Motion in Limine [D.E. 107] with the Clerk of Court by using the CM/ECF system.  A copy has been sent via U.S. mail to: Roy Altman, Esq., of the Office of the United States Attorney, 99 N.E. 4th St. Miami, FL 33132.


"s/" Derek Lewis